# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

GAYLE A. CAMPBELL

DEBTOR(S),

Case No. 13-41319

Chapter 13

Judge Carol A. Doyle

## NOTICE OF WITHDRAWAL OF RESPONSE TO NOTICE OF FINAL CURE FILED ON 02/20/2017 ON CLAIMS REGISTSER UNDER CLAIM#9

**TO:** Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Gayle A. Campbell, Debtor(s), 17953 Loomis Avenue, Homewood,  60430
Barbara Richardson, Attorney for Debtor(s) - 120 South LaSalle, 9th Floor, Chicago, IL 60605 by electronic notice through ECF

You are hereby notified that creditor, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BNC3, withdraws its Response to Notice of Final Cure filed on 02/20/2017 and entered on the claims register under Claim # 9.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I served a copy of this Notice of Withdrawal upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on February 20, 2017 and as to the debtor(s) by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 P.M. on the February 21, 2017.

Rachael A. Stokas ARDC#6276349
**Attorney for Creditor**

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C & A FILE (NO. 14-07-G117)**
NOTE: This law firm is a debt collector.